No. 163. ATLANTIC CITY ELECTRIC Co. v. COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals

for the Second Circuit granted. *Mr. Graham Sumner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. John Henry McEvers, J. P. Jackson,* and *Paul D. Miller* for respondent.